# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**COLLEEN APPLETON,** :
:
   Plaintiff, :
:
v. : Civil Action No. 5:07-cv-179
:
**INTERGRAPH CORPORATION,** :
:
   Defendant. :
_____

## ORDER

On May 11, 2007, Plaintiff Colleen Appleton ("Appleton") filed a *pro se* Complaint (Doc. 1) alleging violations of the Sherman Act and various state laws. By Order dated May 15, 2007 (Doc. 3), the Court directed Appleton to pay a partial filing fee of $75.00. In accordance with the Court's Order, Appleton has paid the $75.00 fee. The Court, being unable to determine at this time whether said allegations are wholly without merit, will allow this action to go forward. A copy of the Complaint shall be served by the United States Marshal at this time.

Appleton is advised that she must serve upon opposing counsel (or the defendant if it is not represented by counsel) copies of all motions, pleadings, discovery material, and any correspondence (including letters to the Clerk or to a judge) which is filed with the Clerk of the Court. Fed. R. Civ. P. 5(a). Appleton shall include with any paper which is filed with the Clerk of the Court a certificate stating the date on which a true and correct copy of that

1

paper was mailed to defendant or its counsel.  Appleton is further advised that the Clerk of the Court will not serve or forward to the defendant or its counsel copies of any motions, pleadings, discovery or correspondence.

In addition, the following limitations are imposed on discovery: except with written permission of the court first obtained, (1) interrogatories may not exceed twenty-five to each party (Local Rule 33.1); (2) requests for production of documents and things under Rule 34 of the Federal Rules of Civil Procedure may not exceed ten requests to each party (Local Rule 34); and (3) requests for admissions under Rule 36 of the Federal Rules of Civil Procedure may not exceed ten requests to each party (Local Rule 36).

Also, 28 U.S.C. § 636(c)(1) authorizes and empowers full-time magistrate judges to conduct any and all proceedings in a jury or nonjury civil matter and to order the entry of judgment in a case upon the written consent of the parties.  If the parties desire for the United States Magistrate Judge to hear this case through trial and the entry of judgment, they may obtain the necessary consent forms from the Clerk of the Court.

Appleton has the responsibility for diligently prosecuting her Complaint or face the possibility that it will be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.

Appleton is required to keep the Clerk of Court advised of her current address at all times during the pendency of this action.  Failure to promptly advise the Clerk of any change of address may result in the dismissal of Appleton's Complaint.

**SO ORDERED**, this 19th day of June, 2007.

*s/ Hugh Lawson*
               **HUGH LAWSON, JUDGE**

pdl