# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| COLEEN APPLETON, | : | |
| Plaintiff, | : | |
| v. | : | 5:07-CV-179 (HL) |
| INTERGRAPH CORP., et al., | : | |
| Defendants. | : | |

## ORDER

Before the Court is a Motion to Stay Rules 16/26 Activities filed by Intergraph Corp., Anthony Adamson, Sheila Heath, Rondal Smith and Lewis Stewart (Doc. 79). Defendants United States and Progressive Consulting Technologies, Inc. have joined in that Motion (Docs. 89 & 90). Defendants Tom Eaves and Software Systems Corp. have no objection to a stay. (Doc. 91). Plaintiff has responded to these requests by consenting to the stay of the Discovery Report, which under the Court's current deadlines must be submitted by June 16, 2008. She does not consent, however, to a stay of discovery activities. Plaintiff cites concerns that Defendants are withholding and destroying documents, and she believes that the quickest and simplest resolution of the case is to provide her with access to documents through discovery.

In lieu of answering Plaintiff's Amended Complaint, Defendants have chosen

to file motions to dismiss, which are still pending before the Court. See Rule 12(a)(4) (postponing deadline for responsive pleadings until the court has ruled on Rule 12 motions). The Motions bring facial challenges to the legal sufficiency of the claims in this case, and they should be resolved before discovery begins. Chudasama v. Mazda Motor Corp., 123 F.3d 1353, 1367 (11th 1997). In ruling on the Motions, the Court will consider the allegations in the pleadings to be true, and therefore no issues of fact will need to be resolved. Discovery prior to an order on the Motions is thus not necessary. Id. Furthermore, even a partial grant of the Motions to Dismiss may substantially change the scope of discoverable materials.

The Court therefore grants the Motions to Stay (Docs. 79, 89, & 90). This case, including all discovery activities, will be stayed until resolution of the Motions to Dismiss. Any Parties that remain after the Court has ruled on the Motions must submit the joint Discovery Report no later than thirty days after the Order disposing of those Motions is issued. In the interim, the Court reminds Defendants of their duty to preserve documents relevant to the litigation and strongly cautions them to take steps to ensure document destruction does not occur.

**SO ORDERED**, this the 29th day of May, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

tch